THE CHITTENANGO COTTON COMPANY, Respondent, *v.* CHARLOTTE M. STEWART et al., EXECUTORS, ETC., Appellants.

(Argued September 20, 1877 ; decided October 2, 1877.)

*Wm. C. Ruger*, for appellants.

*W. E. Lansing*, for respondent.

Agree to affirm. No opinion.
All concur.
Judgment affirmed.

------

WILLIAM M. KASSON, Respondent, *v.* THE KELLOGG BRIDGE COMPANY, Appellant.

(Argued September 21, 1877 ; decided October 2, 1877.)

DECIDED upon the facts in the case.

*Sherman S. Rogers*, for appellant.

*Asher P. Nichols*, for respondent.

ALLEN, J., reads for affirmance.
All concur.
Judgment affirmed.